IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

| | |
|---|---|
| ANTHONY GABRIE MANSOOR, III, VIRGINIA CLARE MANSOOR, and STEVEN SCOTT MANSOOR, Adult Children and Beneficiaries of Anthony G. Mansoor, Jr., Deceased; and VIRGINIA P. MANSOOR, Wife and Beneficiary of Anthony G. Mansoor, Jr., Deceased, and next friend of MARY KATE MANSOOR, Minor Child and Beneficiary of Anthony G. Mansoor Jr., Deceased,<br><br>    Plaintiff,<br><br> v.<br><br>Fidelity Life Association,<br><br>    Defendant. | Civil Action No. 3:23-cv-4-HTW-LGI |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Fidelity Life Association ("Fidelity Life") hereby gives notice of and removes this action from the Circuit Court of Madison County, Mississippi to the United States District Court for the Southern District of Mississippi.

**Introduction**

1. In this action, Plaintiffs Anthony Gabrie Mansoor, III, Virginia Clare Mansoor, Steven Scott Mansoor, and Virginia P. Mansoor allege that Fidelity Life breached a policy of accidental death and dismemberment insurance when it denied a claim for benefits relating to the death of Anthony G. Mansoor, Jr. *See* Complaint, attached hereto as Exhibit A.

2. This Court has original subject matter jurisdiction over this action because it is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. All other prerequisites to this Court's exercise of subject matter jurisdiction

have been satisfied.

## Diversity of Citizenship

3. Plaintiff Virginia P. Mansoor resides in Jackson, Mississippi and is a citizen of the State of Mississippi. Complaint ¶ 1.

4. Plaintiff Anthony Gabrie Mansoor, III resides in Jackson, Mississippi and is a citizen of the State of Mississippi. Complaint ¶ 2.

5. Plaintiff Virginia Clare Mansoor resides in Jackson, Mississippi and is a citizen of the State of Mississippi. Complaint ¶ 3.

6. Plaintiff Steven Scott Mansoor resides in Jackson, Mississippi and is a citizen of the State of Mississippi. Complaint ¶ 4.

7. Defendant Fidelity Life is a life insurance company domiciled in Illinois with its principal place of business in Illinois. Fidelity Life is therefore a citizen of Illinois.

8. Because Plaintiffs are citizens of Mississippi and Defendant is a citizen of Illinois, there is complete diversity of citizenship between Plaintiff and all Defendants.

## Amount in Controversy

9. In her complaint, Plaintiff seeks $500,000 in contractual benefits under an accidental death and dismemberment policy. *See* Complaint, *ad damnum* clause.

10. In addition to her breach of contract claim (Count I), Plaintiff also seeks $5,000,000 in damages due to the alleged bad faith failure to pay benefits (Count II), and $25,000,000 in punitive damages (Count III). *See* Complaint, *ad damnum* clause.

11. Therefore, the amount in controversy exceeds $75,000, exclusive of interest and costs.

## Venue

12. This action was originally filed in the Circuit Court of Madison County,

Mississippi, which is located within the Southern District of Mississippi.

13. Thus, venue in this Court is proper under 28 U.S.C. § 1441(a).

### Timely Removal

14. Plaintiff commenced this action by filing a Complaint in the Circuit Court of Madison County on November 15, 2022.

15. Plaintiff made original service of process on Fidelity Life on December 7, 2022, by making service on Fidelity Life's statutory agent for service of process. *See* Service of Process Transmittal Summary, attached hereto as Exhibit B.

16. Accordingly, this Notice of Removal is filed prior to the expiration of thirty (30) days following service of the complaint and is timely under 28 U.S.C. § 1446(b).

### Notice

17. Pursuant to 28 U.S.C. § 1446(d), all adverse parties are being provided with written notice of removal, and a copy of this Notice is being filed with the Circuit Court of Madison County in the State of Mississippi.

### State Court Pleadings

18. Pursuant to Uniform Local Rule 5(b), a complete copy of the entire state court record will be filed no later than fourteen (14) days after the date of this removal.

### Non-Waiver of Defenses

19. By removing this action, Fidelity Life does not waive any defenses it may have to this action.

WHEREFORE, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Fidelity Life hereby removes this action from the Circuit Court of Madison County, Mississippi, to the United States District Court for the Southern District of Mississippi.

RESPECTFULLY SUBMITTED, this the 3rd day of January, 2023.

                FIDELITY LIFE ASSOCIATION

                By: /s/ Malissa Wilson
                Malissa Wilson
                FORMAN WATKINS & KRUTZ LLP
                210 East Capitol Street, Suite 2200
                Jackson, Mississippi 39201-2375
                601-960-3178
                Malissa.Wilson@formanwatkins.com

                Jason P. Gosselin
                FAEGRE DRINKER BIDDLE & REATH LLP
                One Logan Square, STE 2000
                Philadelphia, Pennsylvania 19103
                215-988-3371
                Jason.Gosselin@faegredrinker.com

                (*pro hac vice* application forthcoming)

                *COUNSEL FOR FIDELITY LIFE ASSOCIATION*

**CERTIFICATE OF SERVICE**

I, Malissa Wilson, hereby certify that on January 3, 2023, I filed the foregoing Notice of Removal and caused a true and correct copy of the same to be sent via electronic mail to the following counsel of record:

John Arthur Eaves, Jr
Christopher Brady Eaves
johnjr@eaveslawmail.com
brady@eaveslawmail.com
Eaves Law Firm, LLC
101 North State Street
Jackson, Mississippi

*Attorneys for Plaintiffs*

*s/ Malissa Wilson*
Malissa Wilson (MSB #100751)