IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANTHONY GABRIE MANSOOR, III, VIRGINIA CLARE MANSOOR, and STEVEN SCOTT MANSOOR,**
Adult Children and Beneficiaries of Anthony G. Mansoor, Jr., Deceased; and
**VIRGINIA P. MANSOOR,**
Wife and Beneficiary of Anthony G. Mansoor, Jr., Deceased, and next friend of **MARY KATE MANSOOR**, Minor Child and Beneficiary of Anthony G. Mansoor Jr., Deceased, **PLAINTIFFS**

vs.                                     CIVIL ACTION No.: 3:23-CV-4-HTW-LGI

**FIDELITY LIFE ASSOCIATION**                                     **DEFENDANT**

## ORDER OF DISMISSAL

The parties having advised the court that they have reached a settlement on December 5, 2025, and this Court being desirous that this case be finally closed on its active docket,

**HEREBY ORDERS** that this case is hereby dismissed, without prejudice, as to all parties. The parties shall submit a Final Agreed Judgment within (60) days of this Order.

If any party fails to consummate this settlement within SIXTY (60) DAYS, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney's fees and costs from the date of this order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED, this the 8th day of December, 2025.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT JUDGE**